B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**District of South Carolina** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davis, Jimmy L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3119** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**165 Jolly Wingo Road**<br>**Pendleton, SC**<br><div align=right>ZIP Code<br>**29670**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Anderson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)   (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                              **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Davis, Jimmy L.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): **Davis, Jimmy L.** |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jimmy L. Davis**
Signature of Debtor  **Jimmy L. Davis**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April  2, 2014**
Date

### Signature of Attorney*

X **/s/ Robert A. Pohl**
Signature of Attorney for Debtor(s)

**Robert A. Pohl 10877**
Printed Name of Attorney for Debtor(s)

**Pohl, P.A.**
Firm Name
**P.O. Box 27290**
**Greenville, SC 29616**

_____
Address

**Email: Robert@PohlPA.com**
**864-361-4827  Fax: 864-558-5291**
Telephone Number

**April  2, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

4/02/14 4:07PM

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of South Carolina

In re    **Jimmy L. Davis**                                  Case No. _____

                                      Debtor(s)                 Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

■ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9632; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9633; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9633; Active military duty in a military combat zone.

&#9633; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jimmy L. Davis**
                      **Jimmy L. Davis**

Date:  **April  2, 2014**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re   **Jimmy L. Davis**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Owned 100% by Diane V. Davis Trust - 101 Welpine Ridge Road, Pendleton, South Carolina 29670, in Anderson County, containing 0.86 acres with a commerc** | | **739,261.17**<br><br>**(0.00 secured)** |
| **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Personal Guaranty for God's Country Outfitters, LLC** | | **200,000.00** |
| **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **165 Jolly Wingo Road, Pendleton, SC 29670. Debtor's residence. Anderson County Tax Map No. 091-00-04-007.**<br><br>**Pays $3,769.11/month mortgage to GrandSo** | | **200,000.00 (650,000.00 secured) (633,735.15 senior lien)** |
| **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Bank of Stanly Main Office P.O. Box 338 Albemarle, NC 28002** | **Credit Line for God's Country Outfitters, LLC** | | **75,000.00** |
| **Blanchard Machinery Company 6755 Frontage Road Greenville, SC 29605** | **Blanchard Machinery Company 6755 Frontage Road Greenville, SC 29605** | | **Disputed** | **32,420.43**<br><br>**(0.00 secured)** |
| **Buddy Davis 3081 Hartley Kincaid Place Lenoir, NC 28645** | **Buddy Davis 3081 Hartley Kincaid Place Lenoir, NC 28645** | **Personal loan for God's Country Outfitters** | | **250,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Jimmy L. Davis**                                             Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CertusBank<br>6602 Calhoun Memorial Highway<br>Easley, SC 29640 | CertusBank<br>6602 Calhoun Memorial Highway<br>Easley, SC 29640 | 302, 323, 334, 513, 524, 631, 634, 712, 713, 716, 733 & 735 Lookover Drive, Anderson, SC 29621 | | 784,596.03<br><br>(67,692.31 secured) |
| Estate of Richard McClellion<br>120 West Whitner Street<br>Anderson, SC 29621 | Estate of Richard McClellion<br>120 West Whitner Street<br>Anderson, SC 29621 | Owned 100% by Diane V. Davis Trust - 245 and 247 (aka Lot 1) Welpine Road, Pendleton, SC 29670, consisting of 12.59 vacant acres. Anderson County Tax | | 342,835.46<br><br>(0.00 secured) |
| First Bank Richmond<br>20 North 9th Street<br>Richmond, IN 47374 | First Bank Richmond<br>20 North 9th Street<br>Richmond, IN 47374 | Lease | | 16,453.00 |
| J. Calhoun Pruitt, Jr. as Trustee of<br>Profit Sharing Plan And Trust of Pruitt<br>& Pruitt<br>101 Murray Avenue<br>Anderson, SC 29625 | J. Calhoun Pruitt, Jr. as Trustee of Profit Sharing Plan And Trust of Pruitt & Pruitt<br>Anderson, SC 29625 | Interest | Disputed | 80,963.00<br><br>(0.00 secured) |
| J. Calhoun Pruitt, Jr. as Trustee of<br>Profit Sharing Plan And Trust of Pruitt<br>& Pruitt<br>101 Murray Avenue<br>Anderson, SC 29625 | J. Calhoun Pruitt, Jr. as Trustee of Profit Sharing Plan And Trust of Pruitt & Pruitt<br>Anderson, SC 29625 | | Disputed | 264,255.02<br><br>(0.00 secured) |
| Janet Garafano<br>c/o Thomas L. Stephenson<br>Nexsen Pruet<br>P.O. Box 10648<br>Greenville, SC 29603 | Janet Garafano<br>c/o Thomas L. Stephenson<br>Nexsen Pruet<br>Greenville, SC 29603 | God's Country - Personal Guarantee | | 313,530.00 |
| Miller Construction Company, LLC<br>225 Thompson Road<br>Anderson, SC 29624 | Miller Construction Company, LLC<br>225 Thompson Road<br>Anderson, SC 29624 | Dirt | Disputed | 145,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Jimmy L. Davis**                            Case No.   _____

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **RL REGI Financial, LLC**<br>**700 Northwest 107th Avenue**<br>**Miami, FL 33172** | **RL REGI Financial, LLC**<br>**700 Northwest 107th Avenue**<br>**Miami, FL 33172** | **50% Welpine, LLC which owns 24.77 acres on Sullivan Road.  Payment of $1,677.00/month to Noble Loan, $300.00/month for insurance, and $208.33 for clos** | | **1,481,205.86**<br><br>**(262,500.00 secured)** |
| **S.M.I. II, Inc.**<br>**P.O. Box 1087**<br>**West End, NC 27376** | **S.M.I. II, Inc.**<br>**P.O. Box 1087**<br>**West End, NC 27376** | **Lease - God's Country Outfitters** | | **64,408.18** |
| **SC Drywall, LLC**<br>**c/o Datrick Jefferson**<br>**1704 East Greenville Street**<br>**Suite 2E**<br>**Anderson, SC 29621** | **SC Drywall, LLC**<br>**c/o Datrick Jefferson**<br>**1704 East Greenville Street**<br>**Anderson, SC 29621** | **Book 48, Page 10 - Anderson County** | | **16,499.62**<br><br>**(0.00 secured)** |
| **SCBT**<br>**1800 East Main Street**<br>**Easley, SC 29640** | **SCBT**<br>**1800 East Main Street**<br>**Easley, SC 29640** | **Owned 100% by Diane V. Davis Trust = 1711 Pearman Dairy Road, Anderson, SC 29625, leased by El Jimador for $3,000/month.**<br><br>**Pays $1,910.17/month for m** | | **180,690.64**<br><br>**(0.00 secured)** |
| **Wells Business Banking Support Group**<br>**MAC D4004-03A**<br>**P.O. Box 202902**<br>**Dallas, TX 75320-2902** | **Wells Business Banking Support Group**<br>**MAC D4004-03A**<br>**P.O. Box 202902**<br>**Dallas, TX 75320-2902** | **Owned 100% by Diane V. Davis Trust - 205 Chapman Road, Anderson, SC 29625, consisting of 5.79 acres with a 45,940 sf office/warehouse leased to Tucker** | | **484,175.66**<br><br>**(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Jimmy L. Davis**                                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Wells Fargo Bank**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | **Wells Fargo Bank**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | **75% Owner of Single Source General Contractor's, Inc. Pays $872.21 for mortgage with Wells Fargo, and $3.58/month for corporate license renewal.** | **Disputed** | **100,000.00**<br><br>**(0.00 secured)** |
| **Wells Fargo Hm Mortgag**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | **Wells Fargo Hm Mortgag**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | **131 Lookover Drive, Anderson, SC 29621.  Tax Map No. 093-19-01-031-000.**<br><br>**For all of the thirteen (13) condominiums on Lookover Drive, Debtor pays th** | | **103,216.00**<br><br>**(67,692.31 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **Jimmy L. Davis**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April  2, 2014** _____     Signature    **/s/ Jimmy L. Davis** _____
                                                            **Jimmy L. Davis**
                                                            Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

4/02/14  4:07PM

# United States Bankruptcy Court
## District of South Carolina

In re __Jimmy L. Davis__                                        Case No. _____

                                    Debtor(s)          Chapter  __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 10,000.00 |

2.   The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **Debra Nowlin, daughter of Debtor**

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __April  2, 2014__          __/s/ Robert A. Pohl__
                              **Robert A. Pohl**
                              **Pohl, P.A.**
                              **P.O. Box 27290**
                              **Greenville, SC 29616**
                              **864-361-4827  Fax: 864-558-5291**
                              **Robert@PohlPA.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of South Carolina

In re    **Jimmy L. Davis** _____    Case No. _____

Debtor(s)    Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Jimmy L. Davis** _____ | X  **/s/ Jimmy L. Davis**          **April  2, 2014** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known)  _____ | X  _____ |
| | Signature of Joint Debtor (if any)          Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re    __Jimmy L. Davis__                                          Case No. _____
                                    Debtor(s)           Chapter    __11__

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

      (a)    _____ computer diskette

      (b)    _____ scannable hard copy
      (number of sheets submitted _____)

      (c)    __X__ electronic version filed via CM/ECF

Date:  __April 2, 2014__                    __/s/ Jimmy L. Davis__
                                            __Jimmy L. Davis__
                                            Signature of Debtor

Date:  __April 2, 2014__                    __/s/ Robert A. Pohl__
                                            Signature of Attorney
                                            __Robert A. Pohl__
                                            __Pohl, P.A.__
                                            __P.O. Box 27290__
                                            __Greenville, SC 29616__
                                            __864-361-4827   Fax: 864-558-5291__
                                            Typed/Printed Name/Address/Telephone

                                            __10877__
                                            District Court I.D. Number

AMER HONDA
1220 OLD ALPHARETTA ROAD
ALPHARETTA GA 30005


AMERICAN HONDA FINANCE
1220 OLD ALPHARETTA ROAD
ALPHARETTA GA 30005


ANDERSON COUNTY TREASURER
P.O. BOX 8002
ANDERSON SC 29622


ANMED HEALTH
800 NORTH FANT STREET
ANDERSON SC 29621


BANK OF AMERICA
ATTENTION: RECOVERY DEPARTMENT
4161 PEIDMONT PKWY.
GREENSBORO NC 27410


BANK OF AMERICA
PO BOX 982235
EL PASO TX 79998


BANK OF AMERICA, N.A.
4161 PIEDMONT PKWY
GREENSBORO NC 27410


BANK OF STANLY
MAIN OFFICE
P.O. BOX 338
ALBEMARLE NC 28002


BANK OF STANLY (F/N/A UWHARRIE BANK)
167 NORTH 2ND STREET
ALBEMARLE NC 28001


BANK OF STANLY (F/N/A UWHARRIE BANK)
MAIN OFFICE
P.O. BOX 338
ALBEMARLE NC 28002

```
BB&T
P.O. BOX 58435
CHARLOTTE NC 28258-0435


BLANCHARD MACHINERY COMPANY
6755 FRONTAGE ROAD
GREENVILLE SC 29605


BRAFFORD ODOM & CO., LLP
P.O. BOX 1237
ALBEMARLE NC 28002


BUDDY DAVIS
3081 HARTLEY KINCAID PLACE
LENOIR NC 28645


CANTRELL'S AUTO REPAIRS, INC.
C/O DANIEL DRAISEN
STEVEN M FRAUSE LAW OFFICE
207 E. CALHOUN STREET
ANDERSON SC 29621


CAPITAL 1 BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY UT 84130


CAROLINA CONCRETE PUMPING, INC.
DBA EAST COAST CONCRETE
9100 GLENWOOD AVENUE
RALEIGH NC 27617


CENTRE POINTE PLAZA
P.O. BOX 1087
WEST END NC 27376


CERTUSBANK
6602 CALHOUN MEMORIAL HIGHWAY
EASLEY SC 29640


CHASE AUTO
ATTN:NATIONAL BANKRUPTCY DEPT
PO BOX 29505
PHOENIX AZ 85038
```

CHRISTOPHER A. COSPER
HULL TOWILL NORMAN BARRETT AND SALLEY
P.O. BOX 1564
AUGUSTA GA 30903-1564


CLAUDE C DEEGAN, JR.
201 TIMBERLAKE ROAD
ANDERSON SC 29625


DDB OF SPARTANBURG, LLC
C/O JOHN A. CHRISTY
SCHREEDER WHEELER AND FLINT
1100 PEACHTREE STREET NE, SUITE 800
ATLANTA GA 30309


DISCOVER BANK
P.O. BOX 30416
SALT LAKE CITY UT 84130


DOCKSIDE FISH HOUSE, LLC
C/O FRANCIS HORTON
107 HILLCREST AVENUE
SIMPSONVILLE SC 29681


EARL F. MAJORS
3298 ABBEVILLE HIGHWAY
ANDERSON SC 29624


ESTATE OF RICHARD MCCLELLION
120 WEST WHITNER STREET
ANDERSON SC 29621


FIRST BANK
20 NORTH 9TH STREET
RICHMOND IN 47374


FIRST BANK RICHMOND
20 NORTH 9TH STREET
RICHMOND IN 47374


FIRST FEDERAL LEASING
P.O. BOX 1145
RICHMOND IN 47375-1145

FLEET MORTGAGE CORP.
1333 MAIN STREET
COLUMBIA SC 29201-6205


FRANCES H. SMITH REVOCABLE TRUST
1526 OLD DENVER SCHOOL ROAD
ANDERSON SC 29625


GECRB/EXMARK INSTLMNT
C/O GE CAPITAL
P.O. BOX 960061
ORLANDO FL 32896-0061


GENESIS COMMERCIAL CAPITAL
17551 GILLETTE AVENUE
IRVINE CA 92614


GERALD R. TERRY
1205A ELLA STREET
ANDERSON SC 29621


GIANT WAVE, LLC
DBA TOKYO BAY
JONG MOK KIM
4403 CLEMSON BLVD
ANDERSON SC 29621


GRANDSOUTH BANK
P.O. BOX 6548
GREENVILLE SC 29606


GRANDSOUTH BANK
P.O. BOX 1848
ANDERSON SC 29622


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


J. CALHOUN PRUITT, JR.
108 NORTH MURRAY AVENUE
ANDERSON SC 29625

J. CALHOUN PRUITT, JR. AS TRUSTEE OF
PROFIT SHARING PLAN AND TRUST OF PRUITT
& PRUITT
101 MURRAY AVENUE
ANDERSON SC 29625


JAMES R. KIRKPATRICK FAMILY REVOCABLE
TRUST DBA CENTRE POINTE PLAZA
S.M.I. II, INC.
P.O. BOX 1087
WEST END NC 27376


JANET GARAFANO
C/O THOMAS L. STEPHENSON
NEXSEN PRUET
P.O. BOX 10648
GREENVILLE SC 29603


JOHN A. WALTER
POST OFFICE BOX 1765
CLEMSON SC 29633


JOHN PHILLIPS
129 CHASEWATER DR.
ANDERSON SC 29621


JUANITA M. MASTERS
513 JACKSON ROAD
ANDERSON SC 29626


LAW OFFICES OF KRAUSE, MOORHEAD &
DRAISEN, PA
207 EAST CALHOUN STREET
ANDERSON SC 29621


LEATH, BOUCH & CRAWFORD, LLP
P.O. BOX 4216
COLUMBIA SC 29204


MACO DEVELOPMENT
P.O. BOX 68
CLARKTON MO 63837


MARCOS ROMO SALCIDO
301 TIMBER LANE
ANDERSON SC 29621

MCC OUTDOOR, LLC
DBA FAIRWAY OUTDOOR ADVERTISING
814 DUNCAN-REIDVILLE ROAD
DUNCAN SC 29334


MICHAEL D. GLENN
GLENN HAIGLER MCCLAIN & STATHAKIS, LLP
121 WEST BENSON STREET
ANDERSON SC 29624


MIDLAND FUNDING, LLC
227 WEST TRADE STREET
SUITE 1610
CHARLOTTE NC 28202-1676


MILLER CONSTRUCTION COMPANY, LLC
225 THOMPSON ROAD
ANDERSON SC 29624


NATHAN E. DAVIS
29886 SCARLET LANE
ALBEMARLE NC 28001


NOBLE LOAN SERVICING
100 S. MAIN STREET
AKRON PA 17501


POWERHOUSE CHURCH
101 WELPINE RIDGE ROAD
PENDLETON SC 29670


R. STEVE MCNAIR
7900-D STEVEN MILL ROAD
SUITE 231
MATTHEWS NC 28104


RICK TANNER'S WORLD FAMOUS CHICKEN
5810 BOND STREET
CUMMING GA 30040


RL REGI FINANCIAL, LLC
700 NORTHWEST 107TH AVENUE
MIAMI FL 33172

```
S.M.I. II, INC.
P.O. BOX 1087
WEST END NC 27376


SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
P.O. BOX 995
COLUMBIA SC 29202


SC DEPARTMENT OF EMPLOYMENT & WORKFORCE
BPC COLLECTION UNIT
P.O. BOX 2644
COLUMBIA SC 29202


SC DEPT. OF REV & TAX
P.O. BOX 12265
COLUMBIA SC 29211


SC DRYWALL, LLC
C/O DATRICK JEFFERSON
1704 EAST GREENVILLE STREET
SUITE 2E
ANDERSON SC 29621


SCBT
1800 EAST MAIN STREET
EASLEY SC 29640


SCBT (F/N/A BANK OF ANDERSON)
201 EAST GREENVILLE STREET
ANDERSON SC 29621


SHEFFIELD FN
BB&T/ATTN: BANKRUPTCY DEPARTMENT
PO BOX 1847
WILSON NC 27894


SHEFFIELD FN
BB&T/ATTN: BANKRUPTCY DEPARTMENT
PO BOX 1704
CLEMMONS NC 27012-1704


STANLEY HAROLD MCGUFFIN
HAYNSWORTH SINKLER BOYD
P.O. BOX 11889
COLUMBIA SC 29211-1889
```

STEVEN BRADLEY LEFEVRE
207 EAST CALHOUN STREET
ANDERSON SC 29621


SYSCO FOOD SERVICES OF COLUMBIA
131 SYSCO COURT
COLUMBIA SC 29209


THE LED FAMILY TRUST
2666 HARMAN PARK COURT
DULUTH GA 30097


THOMAS W. MILLER, JR.
POST OFFICE BOX 1853
ANDERSON SC 29622


TIM'S TIRES, INC.
204 MOUNT VERNON ROAD
ANDERSON SC 29624


TRACY D. GALLOWAY
1336 BLECKLEY STREET
SUITE A
ANDERSON SC 29625


TRI VENTURES OF ANDERSON, INC.
DBA TRI VENTURES HEATING AND COOLING
C/O JOHN W. CALDWELL, JR.
4315 OLD MILL ROAD
ANDERSON SC 29621


TUCKER MATERIALS, INC.
P.O. BOX 8
MAULDIN SC 29662


VIRGIL H. SMITH FAMILY TRUST
104 MOUNTAIN OAK COURT
ANDERSON SC 29625


VISA
THE EVERYWHERE CARD


W. RICHARD MCCLELLION
120 WEST WHITNER STREET
ANDERSON SC 29621

WACHOV/FTU/WELLS FARGO
PO BOX 31557
MAC B6955-01B
BILLINGS MT 59107


WELLS BUSINESS BANKING SUPPORT GROUP
MAC D4004-03A
P.O. BOX 202902
DALLAS TX 75320-2902


WELLS FARGO BANK
PO BOX 10335
DES MOINES IA 50306


WELLS FARGO BANK, N.A.
800 WALNUT ST
DES MOINES IA 50309


WELLS FARGO HM MORTGAG
P.O. BOX 10335
DES MOINES IA 50306


WFM/WBM
3480 STATEVIEW BLV
DES MOINES IA 50306


WHITEHALL SHOPS, LLC
108 NORTH MURRAY AVENUE
ANDERSON SC 29625


WILLIAM MARVIN WILSON, III
WYCHE LAW OFFICE
44 E. CAMPERDOWN WAY
GREENVILLE SC 29601


WILLIAM S. BRISSEY TRUSTEE VI
2315 NORTH MAIN STREET
SUITE 118
ANDERSON SC 29621